IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

AMANDA WOLBERG,

Plaintiff,

vs.

BLOCK LEGAL DEPT (Cashapp)

Defendant.

Civ. No. 6:26-cv-01870-AA

**OPINION & ORDER**

---

AIKEN, District Judge.

On October 5, 2026, the Court entered an order directing Plaintiff to file an amended complaint within 30 days and warned Plaintiff that the case would be dismissed if no amended complaint were filed. *See* ECF No. 8. No amended complaint has been filed, and the allowed time has passed. This case is therefore DISMISSED. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this 25th day of November 2026.

/s/Ann Aiken
ANN AIKEN
United States District Judge